**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1

| Case No.: | 21-42941-ELM | Trustee Name: | Roddrick B. Newhouse |
|---|---|---|---|
| Case Name: | TRADE EXPLORATION CORPORATION | Date Filed (f) or Converted (c): | 12/21/2021 (f) |
| For the Period Ending: | 7/7/2023 | §341(a) Meeting Date: | 01/19/2022 |
| | | Claims Bar Date: | 05/11/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  JPMorgan Chase Checking 6266 | $295,890.56 | $295,890.56 | | $295,890.56 | FA |
| 2  Legal Fees to Duer Wanger III | $0.00 | $0.00 | | $0.00 | FA |
| 3  2018 Chevrolet Suburban VIN ending 5111 (u) | $57,388.00 | $57,500.00 | | $57,500.00 | FA |
| 4  2 Bookcase cabinets; 12 file cabinets; armchair; l-shaped desk; and stone top conference table with 8 chairs (u) | $4,500.00 | $4,500.00 | | $4,500.00 | FA |

**TOTALS (Excluding unknown value)**

| | $357,778.56 | $357,890.56 | | $357,890.56 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

06/14/2023  The Trustee has completed administering the case. TFR was submitted 6/28/23.
01/16/2023  Trustee's Accountant is finalizing estate tax returns.
08/09/2022  Trustee is in the process of liquidating scheduled/unscheduled assets.

| Initial Projected Date Of Final Report (TFR): | 06/01/2023 | Current Projected Date Of Final Report (TFR): | 07/01/2023 | /s/ RODDRICK B. NEWHOUSE |
|---|---|---|---|---|
| | | | | RODDRICK B. NEWHOUSE |